# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**FREDERICK WILLIAMS**                                                **PLAINTIFF**
**REG #18092-002**

v.                      No. 2:22-cv-171-DPM

**JOHN P. YATES, Warden,**
**Forrest City Low**                                                **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Williams hasn't paid the filing fee or filed a properly completed application to proceed *in forma pauperis*. The time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 December 2022