# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**FREDERICK WILLIAMS**  
**REG #18092-002**                                           **PLAINTIFF**

v.                           No. 2:22-cv-171-DPM

**JOHN P. YATES, Warden,**  
**Forrest City Low**                                         **DEFENDANT**

## JUDGMENT

Williams's complaint is dismissed without prejudice.

_____  
D.P. Marshall Jr.  
United States District Judge

7 December 2022